RENE L. VALLADARES
Federal Public Defender
NV State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
NV State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Calvin Bryant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CALVIN BRYANT,<br><br>        Defendant. | Case No. 2:24-cr-00064-RFB-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Calvin Bryant, that the Sentencing Hearing currently scheduled on November 14, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than March 2026.

This Stipulation is entered into for the following reasons:

1.    Mr. Bryant has a related case that was recently reassigned to this Court in *United States v. Bryant*, 2:24-cr-00063-RFB-EJY. That matter is currently scheduled for a change of plea hearing on November 13, 2025. For the sake of judicial economy, the parties will be

requesting that the sentencing hearings for each case be held on the same day. Additional time is therefore needed for the change of plea hearing in the other matter (24-cr-63) to be held and set for sentencing.

2. Additionally, defense counsel requires additional time to file formal objections, compile mitigation documentation, and file a sentencing memorandum in the instant matter.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 5th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Raquel Lazo<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By /s/ Steven Rose<br>STEVEN ROSE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN BRYANT,<br><br>　　　　Defendant. | Case No. 2:24-cr-00064-RFB-EJY-2<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for November 14, 2025 at 12:15 p.m., be vacated and continued April 14, 2026 at 10:00 a.m.

　　DATED this 7th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE

3