FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
AUG - 6 2026
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN BRYANT,<br>a/k/a "Cal,"<br><br>Defendant. | 2:24-CR-064-RFB-EJY<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1) based upon the plea of guilty by Calvin Bryant, a/k/a "Cal," to the criminal offenses, forfeiting the property set forth in the Amended Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Calvin Bryant, a/k/a "Cal," pled guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 174; Change of Plea, ECF No. 238; Preliminary Order of Forfeiture, ECF No. 240; Amended Plea Agreement, ECF No. 241.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from May 13, 2025, through June 11, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 287-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 293; Notice of Filing Service of Process – Mailing, ECF No. 294.

On June 3, 2025, the United States Marshals Service personally served William Bernstein with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 293-1, p. 3, 9-21.

On June 3, 2025, the United States Marshals Service personally served Kefer Funches with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 293-1, p. 4, 9-21.

On June 3, 2025, the United States Marshals Service personally served Tyrone Patterson with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 293-1, p. 5, 9-21.

On June 3, 2025, the United States Marshals Service personally served Devonte Burton with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 293-1, p. 6, 9-21.

On June 3, 2025, the United States Marshals Service personally served Deron Grinage with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 293-1, p. 7, 9-21.

On June 2, 2025, the United States Attorney's Office served Brown Mishler, PLLC, William H. Brown, Attorney for Tyrone Patterson, at N. Buffalo Dr. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 22-23.

On June 2, 2025, the United States Attorney's Office served Brown, Brown & Premsrirut, David T. Brown, Attorney for Jennifer McQuaig, at S. 4th St. by regular mail

and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 24-25.

On June 2, 2025, the United States Attorney's Office served Concierge Legal NV, Lauria Ann Lynch-German, Attorney for Ginny Harris, at S. 4th Street by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 26-27.

On June 2, 2025, the United States Attorney's Office served David Davis at Starboard Dr. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 28-30.

On June 2, 2025, the United States Attorney's Office served David Davis at Dinsmore Drive by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 31-33.

On June 2, 2025, the United States Attorney's Office served Deron Grinage at Spring Summit Ln. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 34-36.

On June 2, 2025, the United States Attorney's Office served Deron Grinage at Nevada Southern Detention Center on East Mesquite Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 3, 9-20, 37-38.

On June 2, 2025, the United States Attorney's Office served Devonte Burton at West Warren Street by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 39-41.

On June 2, 2025, the United States Attorney's Office served Devonte Burton at Nevada Southern Detention Center on East Mesquite Ave. by regular mail and certified

return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 42-43.

On June 2, 2025, the United States Attorney's Office served Ginny Harris at HC 61 by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 44-46.

On June 2, 2025, the United States Attorney's Office served Ginny Harris at E. Tropicana Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 47-49.

On June 2, 2025, the United States Attorney's Office served Ginny Harris at Cloudy Day Dr. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 50-51.

On June 2, 2025, the United States Attorney's Office served Ginny Harris at University Center by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 52-54.

On June 2, 2025, the United States Attorney's Office served Hofland and Tomsheck, Jason F. Carr, Attorney for Deron Grange, at S. 4th Steet by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 55-56.

On June 2, 2025, the United States Attorney's Office served James A. Ornonoz, Chtd., James A. Oronoz, Attorney for Unique Beauford, at Covington Cross Drive by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4, 9-20, 57-58.

On June 2, 2025, the United States Attorney's Office attempted to serve Jennifer McQuaig at Arrowhead Trl by regular mail and certified mail with the Notice and the

Preliminary Order of Forfeiture. The regular mail and the certified mail were returned as attempted, not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 4-5, 9-20, 59-61.

On June 2, 2025, the United States Attorney's Office attempted to serve Jennifer McQuaig at Sherwood St. APT 10 by regular mail and certified mail with the Notice and the Preliminary Order of Forfeiture. The regular mail and the certified mail were returned as unclaimed, no such number, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 62-64.

On June 2, 2025, the United States Attorney's Office attempted to serve Jennifer McQuaig at Sherwood St. APT 24 by regular mail and certified mail with the Notice and the Preliminary Order of Forfeiture. The regular mail and the certified mail were returned as unclaimed, no mail receptacle, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 65-67.

On June 2, 2025, the United States Attorney's Office served Kathleen Bliss Law, Kathleen Bliss, Attorney for Kefer Funches, at South Green Valley Parkway by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 68-69.

On June 2, 2025, the United States Attorney's Office served and attempted to serve Kefer Funches at Cass Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail delivery was attempted June 28, 2025. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 70-73.

On June 2, 2025, the United States Attorney's Office served and attempted to serve Kefer Funches at W. Tropicana Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The status of the certified mail is unknown as it has been in transit since June 9, 2025. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 74-77.

/ / /

On June 2, 2025, the United States Attorney's Office served Kefer Funches at Nevada Southern Detention Center on East Mesquite Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 78-79.

On June 2, 2025, the United States Attorney's Office served Maningo Law, Lance A. Maningo, Attorney for Ginny Harris, at S. 4th Street by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 5, 9-20, 80-81.

On June 2, 2025, the United States Attorney's Office served Rachael E. Stewart, Chtd., Racheal E. Stewart, Attorney for Deron Grinage, at S. Fourth Street by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 82-83.

On June 2, 2025, the United States Attorney's Office served Rasmussen Law P.C., Chris T Rasmussen, Attorney for William Bernstein, by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 84-85.

On June 2, 2025, the United States Attorney's Office served Thomas A. Ericsson, Chtd., Thomas A. Ericsson, Attorney for Unique Beauford, at Covington Cross Drive by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 86-87.

On June 2, 2025, the United States Attorney's Office served Tyrone Patterson at North 28th Street by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 88-90.

On June 2, 2025, the United States Attorney's Office served Tyrone Patterson at Nevada Southern Detention Center on East Mesquite Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 91-92.

On June 2, 2025, the United States Attorney's Office served and attempted to serve Unique Beauford at Augustus Ct APT J by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as attempted, not known and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 93-95.

On June 2, 2025, the United States Attorney's Office served Vegas Golden Law, Andrew Wong, Attorney for Devonte Burton, at Rose Street by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 96-97.

On June 2, 2025, the United States Attorney's Office served William Bernstein at Broadway by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 6, 9-20, 98-99.

On June 2, 2025, the United States Attorney's Office served William Bernstein at Nevada Southern Detention Center on East Mesquite Ave. by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 7, 9-20, 100-101.

On June 2, 2025, the United States Attorney's Office served Winters Spelman PLLC, Stephen Alexander Spelman, Attorney for Kefer Funches, at E. Warm Springs Rd Ste by regular mail and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 294-1, p. 7, 9-20, 102-103.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property

hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $66,490 in US Currency (property), to be collected between the codefendants and is not to exceed $66,490 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes and Ninth Circuit cases.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property are extinguished and are not recognized for Calvin Bryant, a/k/a "Cal," all third parties, and the following individuals and entities:

1. Tyrone Patterson, Jennifer McQuaig, Ginny Harris, David Davis, Deron Grinage, Devonte Burton, Unique Beauford, Kefer Funches, and William Bernstein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 6, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE